# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware,<br><br>*Plaintiff,*<br><br>v.<br><br>BP AMERICA INC., BP P.L.C., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, XTO ENERGY INC., HESS CORPORATION, MARATHON OIL CORPORATION, MARATHON OIL COMPANY, MARATHON PETROLEUM CORPORATION, MARATHON PETROLEUM COMPANY LP, SPEEDWAY LLC, MURPHY OIL CORPORATION, MURPHY USA INC., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, CITGO PETROLEUM CORPORATION, TOTAL S.A., TOTAL SPECIALTIES USA INC., OCCIDENTAL PETROLEUM CORPORATION, DEVON ENERGY CORPORATION, APACHE CORPORATION, CNX RESOURCES CORPORATION, CONSOL ENERGY INC., OVINTIV, INC., and AMERICAN PETROLEUM INSTITUTE,<br><br>*Defendants.* | C.A. No. 1:20-cv-01429-UNA |

## **NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Kenneth J. Nachbar of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 N. Market Street, Wilmington, DE 19801, hereby enters his appearance on behalf of Defendant CITGO Petroleum Corporation.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Nathan P. Eimer (*pro hac vice forthcoming*)<br>Pamela R. Hanebutt (*pro hac vice forthcoming*)<br>Lisa S. Meyer (*pro hac vice forthcoming*)<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Tel: (312) 660-7600<br>neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com<br><br>Robert E. Dunn (*pro hac vice forthcoming*)<br>EIMER STAHL LLP<br>99 S. Almaden Blvd. Suite 662<br>San Jose, CA 95113<br>Tel: (669) 231-8755<br>rdunn@eimerstahl.com<br><br>October 27, 2020 | MORRIS NICHOLS ARSHT & TUNNELL<br><br>*/s/ Kenneth J. Nachbar*<br>Kenneth J. Nachbar (#2067)<br>Alexandra M. Cumings (#6146)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Tel.: (302) 658-9200<br>Fax: (302) 422-3013<br>knachbar@mnat.com<br>acumings@mnat.com<br><br>*Attorneys for Defendant CITGO Petroleum Corporation* |