**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware,<br><br>     Plaintiff,<br><br>     v.<br><br>BP AMERICA INC., BP P.L.C., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, XTO ENERGY INC., HESS CORPORATION, MARATHON OIL CORPORATION, MARATHON OIL COMPANY, MARATHON PETROLEUM CORPORATION, MARATHON PETROLEUM COMPANY LP, SPEEDWAY LLC, MURPHY OIL CORPORATION, MURPHY USA INC., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, CITGO PETROLEUM CORPORATION, TOTAL S.A., TOTAL SPECIALTIES USA INC., OCCIDENTAL PETROLEUM CORPORATION, DEVON ENERGY CORPORATION, APACHE CORPORATION, CNX RESOURCES CORPORATION, CONSOL ENERGY INC., OVINTIV, INC., and AMERICAN PETROLEUM INSTITUTE,<br><br>     Defendants. | Case No. 1:20-cv-01429-UNA |

**CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CITGO Petroleum Corporation ("CITGO") files this Corporate Disclosure Statement, and respectfully states the following:

CITGO is a wholly-owned subsidiary of CITGO Holding, Inc., a Delaware corporation. CITGO Holding, Inc. is a wholly-owned subsidiary of PDV Holding, Inc., a Delaware corporation. PDV Holding, Inc. is a wholly-owned subsidiary of Petróleos de Venezuela, S.A., the national oil company of the Bolivarian Republic of Venezuela.

MORRIS NICHOLS ARSHT & TUNNELL

OF COUNSEL:

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
neimer@eimerstahl.com
phanebutt@eimerstahl.com
lmeyer@eimerstahl.com

Robert E. Dunn
EIMER STAHL LLP
99 S. Almaden Blvd. Suit 662
San Jose, CA 95113
Tel: (669) 231-8755
rdunn@eimerstahl.com

  /s/ Kenneth J. Nachbar
Kenneth J. Nachbar (#2067)
Alexandra M. Cumings (#6146)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel.: (302) 658-9200
Fax: (302) 422-3013
knachbar@mnat.com
acumings@mnat.com

*Attorneys for Defendant CITGO Petroleum Corporation.*

Dated: October 27, 2020