**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware,<br><br>*Plaintiffs*,<br><br>v.<br><br>BP AMERICA INC., et al.,<br><br>*Defendants.* | C.A. No. 1:20-cv-01429-UNA |

**NOTICE OF APPEARANCE**

**PLEASE ENTER** the appearances of Colleen D. Shields, Esquire and Patrick M. Brannigan, Esquire, of Eckert Seamans Cherin & Mellott, LLC, as counsel for Defendant Murphy USA Inc. in the above-captioned matter.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Colleen D. Shields.*
Colleen D. Shields, Esq. (I.D. No. 3138)
Patrick M. Brannigan, Esq. (I.D. No. 4778)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone: (302) 574-7400
Fax: (302) 574-7401
cshields@eckertseamans.com
arogin@eckertseamans.com
*Counsel for Defendant Murphy USA Inc.*

Dated: October 28, 2020