IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware,<br><br>     Plaintiff,<br><br>     v.<br><br>BP AMERICA INC., BP P.L.C., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, XTO ENERGY INC., HESS CORPORATION, MARATHON OIL CORPORATION, MARATHON OIL COMPANY, MARATHON PETROLEUM CORPORATION, MARATHON PETROLEUM COMPANY LP, SPEEDWAY LLC, MURPHY OIL CORPORATION, MURPHY USA INC., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, CITGO PETROLEUM CORPORATION, TOTAL S.A., TOTAL SPECIALTIES USA INC., OCCIDENTAL PETROLEUM CORPORATION, DEVON ENERGY CORPORATION, APACHE CORPORATION, CNX RESOURCES CORPORATION, CONSOL ENERGY INC., OVINTIV, INC., and AMERICAN PETROLEUM INSTITUTE,<br><br>     Defendants. | Civil Action No. 20-cv-01429-LPS |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
TO MOVE, ANSWER OR OTHERWISE RESPOND**

WHEREAS, on September 10, 2020, Plaintiff, the State of Delaware ("Plaintiff"), filed a 217-page complaint against 31 defendants in the Delaware Superior Court, C.A. No. N20C-09-097 AML CCLD;

WHEREAS, on October 23, 2020, Defendants Chevron Corp. and Chevron U.S.A., with the consent of all properly joined and served defendants, timely removed this action from Delaware Superior Court to this Court;

WHEREAS, Plaintiff intends to file a Motion to Remand, which defendants intend to oppose;

WHEREAS, defendants also intend to file threshold motions, including Motions to Dismiss pursuant to Fed. R. Civ. P. 12, and certain defendants object to the exercise of personal jurisdiction, and intend to file Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) (collectively "Motions to Dismiss");

WHEREAS, certain defendants' Motions to Dismiss or other responses to the Complaint are currently due by October 30, 2020;

WHEREAS, the parties have met and conferred to reach an agreed-upon briefing schedule on the anticipated motion to remand and Motions to Dismiss to present to the Court for approval and require additional time to prepare such a proposed schedule;

WHEREAS, in the interim, the parties have agreed that the deadline for all defendants in this action to move, answer or otherwise respond to the Complaint shall be extended up to and including November 30, 2020;

WHEREAS, no prior extension of the time for any of the defendants to move, answer or otherwise respond to the Complaint has been requested from or granted by this Court;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including lack of subject matter jurisdiction and lack of personal jurisdiction;

NOW, THEREFORE, the parties hereby stipulate that all defendants named in this action shall have until November 30, 2020 to move, answer or otherwise respond to the Complaint.

Respectfully submitted,

Dated: October 29, 2020

By: */s/ David E. Wilks*
    *David E. Wilks*

*/s/ Christian Douglas Wright*
Christian Douglas Wright (#3554)
Director of Impact Litigation
Jameson A.L. Tweedie (#4927)
Special Assistant Deputy Attorney General
Ralph K. Durstein III (#0912)
Deputy Attorney General
DELAWARE DEPARTMENT OF JUSTICE
820 N. French Street
Wilmington, DE 19801
(302) 577-8600
christian.wright@delaware.gov
jameson.tweedie@delaware.gov
ralph.durstein@delaware.gov

Victor M. Sher, *pro hac vice pending*
Matthew K. Edling , *pro hac vice pending*
SHER EDLING LLP
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
(628) 231-2500
vic@sheredling.com
matt@sheredling.com

WILKS LAW, LLC
David E. Wilks
 dwilks@wilks.law
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Telephone: 302.225.0858

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., *pro hac vicepending*
William E. Thomson, *pro hac vice pending*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520
tboutrous@gibsondunn.com
wthomson@gibsondunn.com

Andrea E. Neuman, *pro hac vice pending*
aneuman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Thomas G. Hungar, *pro hac vice pending*

3

| | |
|---|---|
| *Attorneys for Plaintiff State of Delaware, ex rel. Kathleen Jennings, Attorney General of the State of Delaware* | thungar@gibsondunn.com<br>1050 Connecticut Avenue, N.W.,<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>Joshua D. Dick, *pro hac vice pending*<br>jdick@gibsondunn.com<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>*Attorneys for Defendants*<br>*Chevron Corp. and Chevron U.S.A. Inc.*<br><br>K&L GATES LLP<br>*/s/ Steven L. Caponi*<br>Steven L. Caponi (No. 3484)<br>Matthew B. Goeller (No. 6283)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>steven.caponi@klgates.com<br>matthew.goeller@klgates.com<br><br>*Counsel for Defendants Royal Dutch Shell plc and Shell Oil Company*<br><br>ASHBY & GEDDES<br>*/s/ Catherine A. Gaul*<br>Catherine A. Gaul (#4310)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19801<br>(302) 654-1888<br>cgaul@ashbygeddes.com<br><br>*Attorneys for Defendants BP America Inc. and BP p.l.c.*<br><br>*Of Counsel*:<br><br>ARNOLD & PORTER KAYE SCHOLER LLP |

4

Nancy G. Milburn
Diana E. Reiter
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8383
Fax: (212) 836-8689
nancy.milburn@arnoldporter.com
diana.reiter@arnoldporter.com

Jonathan W. Hughes
3 Embarcadero Center, 10th Floor
San Francisco, CA 9411-4024
Tel: (415) 471-3156
Fax: (415) 471-3400
jonathan.hughes@arnoldporter.com

Matthew T. Heartney
John D. Lombardo
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
matthew.heartney@arnoldporter.com
john.lombardo@arnoldporter.com

MORRIS NICHOLS ARSHT & TUNNELL
*/s/ Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)
Alexandra M. Cumings (#6146)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel.:  (302) 658-9200
Fax:  (302) 422-3013
knachbar@mnat.com
acumings@mnat.com

*Of Counsel:*

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600

neimer@eimerstahl.com
phanebutt@eimerstahl.com
lmeyer@eimerstahl.com

Robert E. Dunn
EIMER STAHL LLP
99 S. Almaden Blvd. Suit 662
San Jose, CA 95113
Tel: (669) 231-8755
rdunn@eimerstahl.com

*Attorneys for Defendant CITGO Petroleum Corporation.*

RICHARDS, LAYTON & FINGER, P.A.
*/s/ Jeffrey L. Moyer*
Jeffrey L. Moyer (#3309)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
moyer@rlf.com
haynes@rlf.com

*Of Counsel*:

CRAVATH, SWAINE & MOORE LLP
Kevin Orsini (*pro hac vice forthcoming*)
Vanessa A. Lavely (*pro hac vice forthcoming*)
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1718
Fax: (212) 474-3700
E-mail: korsini@cravath.com
E-mail: vlavely@cravath.com

*Attorneys for Defendant Occidental   Petroleum Corporation*

ECKERT SEAMANS CHERIN & MELLOTT, LLC
/s/ Colleen D. Shields
Colleen D. Shields, Esq. (I.D. No. 3138)
Patrick M. Brannigan, Esq. (I.D. No. 4778)
222 Delaware Avenue, 7th Floor

Wilmington, DE 19801
Telephone:  (302) 574-7400
Fax:  (302) 574-7401
Email:  cshields@eckertseamans.com
Email: arogin@eckertseamans.com

SHOOK, HARDY & BACON L.L.P.
Tristan L. Duncan (*pro hac vice* forthcoming)
Daniel B. Rogers (*pro hac vice* forthcoming)
William F. Northrip (*pro hac vice* forthcoming)
2555 Grand Blvd.
Kansas City, MO 64108
Phone:  (816) 474-6550
Email:  tlduncan@shb.com
Email:  drogers@shb.com
Email:  wnorthrip@shb.com

*Attorneys for Defendant Murphy USA Inc.*

HUNTON ANDREWS KURTH LLP
*/s/ Dain De Souza*
Dain De Souza (Delaware Bar No. 5737)
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel: (305) 810-2531
DDesouza@HuntonAK.com

Shannon S. Broome (*pro hac vice  forthcoming*)
Ann Marie Mortimer (*pro hac vice forthcoming*)
50 California Street
San Francisco, CA 94111
Tel: (415) 975-3718
SBroome@HuntonAK.com
AMortimer@HuntonAK.com

Shawn Patrick Regan (*pro hac vice forthcoming*)
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1046
SRegan@HuntonAK.com

*Attorneys for Defendants Marathon Petroleum Corporation, Marathon Petroleum Company LP, and Speedway LLC*

WOMBLE BOND DICKINSON (US) LLP

/s/ Kevin J. Mangan
Kevin J. Mangan (DE No. 3810)
Kristen H. Cramer (DE No. 4512)
Nicholas T. Verna (DE No. 6082)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: kevin.mangan@wbd-us.com
Email: kristen.cramer@wbd-us.com
Email: nick.verna@wbd-us.com

*Of Counsel*:

MCGUIREWOODS LLP
Andrew G. McBride
(*pro hac vice* forthcoming)
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 857-1700
Email: amcbride@mcguirewoods.com
Amanda S. Hawkins
(*pro hac vice* forthcoming)
501 Fayetteville Street
Raleigh, NC 2760
Telephone: (919) 755-6600
Email: ashawkins@mcguirewoods.com

*Attorneys for American Petroleum Institute*

WHITE AND WILLIAMS LLP
/s/ Christian J. Singewald
CHRISTIAN J. SINGEWALD (#3542)
600 N. King Street
Suite 800
Wilmington, DE  19801
(302) 654-0424

*Attorney for Defendant, Devon Energy Corporation*

CHIPMAN BROWN CICERO & COLE, LLP
/s/ Paul D. Brown
Paul D. Brown (#3903)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801

8

Tel.: (302) 295-0194
brown@ChipmanBrown.com

*Of Counsel:*

CROWELL & MORING LLP
Kathleen Taylor Sooy, *pro hac vice forthcoming*
Tracy A. Roman, *pro hac vice forthcoming*
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 624-2500
ksooy@crowell.com
troman@crowell.com

Honor R. Costello, *pro hac vice forthcoming*
590 Madison Avenue, 20th Fl.
New York, NY 10022
Tel.: (212) 223-4000
hcostello@crowell.com

*Attorneys for Defendants CNX Resources Corp. and CONSOL Energy Inc.*

DUANE MORRIS LLP
*/s/ Oderah C. Nwaeze*
Oderah C. Nwaeze (#5697)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657 4924
E-mail: ONwaeze@duanemorris.com

SHOOK HARDY & BACON LLP
Michael F. Healy, pro hac vice forthcoming
One Montgomery St., Suite 2600
San Francisco, CA 94104
Telephone: (415) 544-1942
E-mail: mfhealy@shb.com

Michael L. Fox, pro hac vice forthcoming
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3092
E-mail: MLFox@duanemorris.com

*Attorneys for Defendant*
OVINTIV INC.

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
*/s/ Matthew D. Stachel*
Daniel A. Mason (#5206)
Matthew D. Stachel (#5419)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
Tel.: (302) 655-4410
Fax: (302) 655-4420
dmason@paulweiss.com
mstachel@paulweiss.com

*Of Counsel*:

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Theodore V. Wells, Jr., *pro hac vice pending*
Daniel J. Toal, *pro hac vice pending*
Yahonnes Cleary, *pro hac vice pending*
Caitlin E. Grusauskas, *pro hac vice pending*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
twells@paulweiss.com
dtoal@paulweiss.com
ycleary@paulweiss.com
cgrusauskas@paulweiss.com

*Attorneys for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and XTO Energy Inc.*

MCCARTER & ENGLISH LLP
*/s/ Michael P. Kelly*
Michael P. Kelly (#2295)
Daniel J. Brown (#4688)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6331

mkelly@mccarter.com
djbrown@mccarter.com
ajoyce@mccarter.com

*Attorneys for Defendants ConocoPhillips, ConocoPhillips Company, Phillips 66, and Phillips 66 Company*

RICHARDS LAYTON & FINGER, P.A.
/s/ Robert W. Whetzel_____
Robert W. Whetzel (#2288)
Tel: (302) 651-7634
Fax: (302) 651-7701
One Rodney Square
902 North King Street
Wilmington, DE 19801
whetzel@rlf.com

*Of Counsel*:

VINSON & ELKINS L.L.P
Patrick W. Mizell*
Matthew R. Stammel*
Stephanie L. Noble*
Brooke A. Noble*
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: (713) 758-2932
Fax: (713) 615-9935
pmizell@velaw.com
mstammel@velaw.com
snoble@velaw.com
bnoble@velaw.com

Mortimer H. Hartwell*
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6930
Fax: (415) 807-3358
mhartwell@velaw.com

*\*pro hac vice application forthcoming*

*Attorneys for Apache Corporation*

WHITE AND WILLIAMS LLP

11

/s/ Joseph J. Bellew
Joseph J. Bellew (#4816)
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: (302) 467-4532
Facsimile: (302) 467-4540
Email: bellewj@whiteandwilliams.com

BAKER BOTTS L.L.P.
J. Scott Janoe (*pro hac vice pending*)
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
Email: scott.janoe@bakerbotts.com

Megan Berge (*pro hac vice pending*)
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

*Attorneys for Defendant HESS CORPORATION*

WHITE AND WILLIAMS LLP
/s/ Joseph J. Bellew
Joseph J. Bellew (#4816)
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: (302) 467-4532
Facsimile: (302) 467-4540
Email: bellewj@whiteandwilliams.com

BAKER BOTTS L.L.P.
J. Scott Janoe (*pro hac vice pending*)
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
Email: scott.janoe@bakerbotts.com

Megan Berge (*pro hac vice pending*)
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-1308

Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

*Attorneys for Defendant MURPHY OIL CORPORATION*

ABRAMS & BAYLISS LLP
*/s/ Michael A. Barlow*
Michael A. Barlow (#3928)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
barlow@abramsbayliss.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Robert P. Reznick (pro hac vice application pending)
1152 15th Street NW
Washington, DC 20005
(202) 339-8600
rreznick@orrick.com

James Stengel (pro hac vice application pending)
Marc R. Shapiro
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000
jstengel@orrick.com

Catherine Y. Lui (pro hac vice application pending)
405 Howard Street
San Francisco, California 94105-2669
(415) 773-5571
clui@orrick.com

*Attorneys for Marathon Oil Corporation*

RICHARDS, LAYTON & FINGER, P.A.
*/s/ Robert W. Whetzel*
Robert W. Whetzel (#2288)
Blake Rohrbacher (#4750)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7700
whetzel@rlf.com

13

*Of Counsel*:

KIRKLAND & ELLIS LLP
Anna Rotman, P.C.
609 Main Street
Suite 4500
Houston, TX 77002
713-836-3750
anna.rotman@kirkland.com

*Attorneys for Defendants Total S.A. and Total Specialties USA Inc.*

**SO ORDERED:**

_____
Hon. Leonard P. Stark, District Judge