# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware,<br><br>      *Plaintiff,*<br><br> v.<br><br>BP AMERICA INC., BP P.L.C., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, XTO ENERGY INC., HESS CORPORATION, MARATHON OIL CORPORATION, MARATHON OIL COMPANY, MARATHON PETROLEUM CORPORATION, MARATHON PETROLEUM COMPANY LP, SPEEDWAY LLC, MURPHY OIL CORPORATION, MURPHY USA INC., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, CITGO PETROLEUM CORPORATION, TOTAL S.A., TOTAL SPECIALTIES USA INC., OCCIDENTAL PETROLEUM CORPORATION, DEVON ENERGY CORPORATION, APACHE CORPORATION, CNX RESOURCES CORPORATION, CONSOL ENERGY INC., OVINTIV, INC., and AMERICAN PETROLEUM INSTITUTE,<br><br>      *Defendants.* | C.A. No. 20-1429 LPS |

ME1 37280674v.1

## **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL ADMITTED *PRO HAC VICE***

Please withdraw the appearance of Sean G. Grimsley on behalf of Defendants ConocoPhillips and ConocoPhillips Company in the above-captioned action. Defendants ConocoPhillips and ConocoPhillips Company will continue to be represented by the law firms of McCarter & English, LLP, Bartlit Beck LLP and Latham & Watkins LLP.

| | |
|---|---|
| Dated: August 20, 2021 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel J. Brown* |
| | Michael P. Kelly (#2295) |
| Daniel R. Brody *(admitted pro hac vice)* | Daniel J. Brown (#4688) |
| Jameson R. Jones *(admitted pro hac vice)* | Alexandra M. Joyce (#6423) |
| Bartlit Beck LLP | Renaissance Centre |
| 1801 Wewatta Street, Suite 1200 | 405 N. King St., 8th Floor |
| Denver, CO  80202 | Wilmington, DE  19801 |
| (303) 592-3100 | (302) 984-6331 |
| dan.brody@bartlitbeck.com | mkelly@mccarter.com |
| jameson.jones@bartlitbeck.com | djbrown@mccarter.com |
| | ajoyce@mccarter.com |
| *Counsel for ConocoPhillips and ConocoPhillips Company* | *Attorneys for Defendants ConocoPhillips, ConocoPhillips Company, Phillips 66 and Phillips 66 Company* |

Margaret A. Tough *(admitted pro hac vice)*
Steven M. Bauer *(admitted pro hac vice)*
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
(415) 391-0600
margaret.tough@lw.com
steven.bauer@lw.com

*Counsel for Phillips 66, Phillips 66 Company, ConocoPhillips and ConocoPhillips Company*