## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| STATE OF DELAWARE, *ex rel.*<br>KATHLEEN JENNINGS,<br>Attorney General of the State of Delaware, : | : |
| Plaintiff, | : |
| v. | C.A. No. 20-1429-LPS |
| BP AMERICA INC., BP P.L.C., CHEVRON<br>CORPORATION, CHEVRON U.S.A. INC.,<br>CONOCOPHILLIPS, CONOCOPHILLIPS<br>COMPANY, PHILLIPS 66, PHILLIPS 66<br>COMPANY, EXXON MOBIL<br>CORPORATION, EXXONMOBIL OIL<br>CORPORATION, XTO ENERGY INC., HESS<br>CORPORATION, MARATHON OIL<br>CORPORATION, MARATHON OIL<br>COMPANY, MARATHON PETROLEUM<br>CORPORATION, MARATHON PETROLEUM<br>COMPANY LP, SPEEDWAY LLC, MURPHY<br>OIL CORPORATION, MURPHY USA INC.,<br>ROYAL DUTCH SHELL PLC, SHELL OIL<br>COMPANY, CITGO PETROLEUM<br>CORPORATION, TOTAL S.A.,<br>TOTALENERGIES MARKETING USA, INC.,<br>OCCIDENTAL PETROLEUM CORPORATION,<br>DEVON ENERGY CORPORATION, APACHE<br>CORPORATION, CNX RESOURCES<br>CORPORATION, CONSOL ENERGY INC.,<br>OVINTIV, INC., and<br>AMERICAN PETROLEUM INSTITUTE, | : |
| Defendants. | : |

## <u>ORDER</u>

At Wilmington this **5th** day of **January, 2022**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's motion to remand (D.I. 86) is **GRANTED**.

2.    Plaintiff's request for attorneys' fees and costs is **DENIED**.

3.    The Clerk of Court is directed to remand this case to the Delaware Superior

Court.

_____
UNITED STATES DISTRICT JUDGE