# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware, <br><br> Plaintiff, <br><br> v. <br><br> BP AMERICA INC., BP P.L.C., CHEVRON CORPORATION, CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, XTO ENERGY INC., HESS CORPORATION, MARATHON OIL CORPORATION, MARATHON OIL COMPANY, MARATHON PETROLEUM CORPORATION, MARATHON PETROLEUM COMPANY LP, SPEEDWAY LLC, MURPHY OIL CORPORATION, MURPHY USA INC., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, CITGO PETROLEUM CORPORATION, TOTAL S.A., TOTALENERGIES MARKETING USA, INC., OCCIDENTAL PETROLEUM CORPORATION, DEVON ENERGY CORPORATION, APACHE CORPORATION, CNX RESOURCES CORPORATION, CONSOL ENERGY INC., OVINTIV, INC., and AMERICAN PETROLEUM INSTITUTE, <br><br> Defendants. | Case No. 1:20-cv-01429-LPS |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants BP America Inc., BP p.l.c., Chevron Corporation,

Chevron U.S.A. Inc., ConocoPhillips, ConocoPhillips Company, Phillips 66, Phillips 66

Company, Exxon Mobil Corporation, ExxonMobil Oil Corporation, XTO Energy Inc., Hess Corporation, Marathon Oil Corporation, Marathon Petroleum Corporation, Marathon Petroleum Company LP, Speedway LLC, Murphy Oil Corporation, Murphy USA Inc., Royal Dutch Shell plc, Shell Oil Company, CITGO Petroleum Corporation, Total S.A., TotalEnergies Marketing USA, Inc., Occidental Petroleum Corporation, Devon Energy Corporation, Apache Corporation, CNX Resources Corporation, CONSOL Energy Inc., Ovintiv Inc., and American Petroleum Institute, pursuant to 28 U.S.C. §§ 1291 and 1447(d), appeal to the United States Court of Appeals for the Third Circuit from the Order granting Plaintiff's Motion to Remand, D.I. 121, entered in this action on January 5, 2022.[1]

---

[1] This Notice of Appeal is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction.

Dated: January 13, 2022

Respectfully submitted,

By: /s/ David E. Wilks
David E. Wilks (Del. Bar I.D. 2793)
WILKS LAW, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0858
E-mail: dwilks@wilks.law

K&L GATES LLP
/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
E-mail: steven.caponi@klgates.com
E-mail: matthew.goeller@klgates.com

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., *pro hac vice*
William E. Thomson, *pro hac vice*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail: tboutrous@gibsondunn.com
E-mail: wthomson@gibsondunn.com

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
David C. Frederick, *pro hac vice*
Grace W. Knofczynski, *pro hac vice*
Daniel S. Severson, *pro hac vice*
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
E-mail: dfrederick@kellogghansen.com
E-mail: gknofczynski@kellogghansen.com
E-mail: dseverson@kellogghansen.com

Andrea E. Neuman, *pro hac vice*
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
E-mail: aneuman@gibsondunn.com

*Counsel for Defendants Royal Dutch Shell plc and Shell Oil Company*

Thomas G. Hungar, *pro hac vice*
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
E-mail: thungar@gibsondunn.com

ASHBY & GEDDES
/s/ Catherine A. Gaul
Catherine A. Gaul (#4310)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19801
Telephone: (302) 654-1888
E-mail: cgaul@ashbygeddes.com

Joshua D. Dick, *pro hac vice*
555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
E-mail: jdick@gibsondunn.com

ARNOLD & PORTER KAYE
SCHOLER LLP
Nancy G. Milburn, *pro hac vice*
Diana E. Reiter, *pro hac vice*
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 836-8689
E-mail: nancy.milburn@arnoldporter.com
E-mail: diana.reiter@arnoldporter.com

*Attorneys for Defendants Chevron Corp. and Chevron U.S.A. Inc.*

Jonathan W. Hughes, *pro hac vice*
3 Embarcadero Center, 10th Floor
San Francisco, CA 9411-4024
Telephone: (415) 471-3156
Facsimile: (415) 471-3400
E-mail: jonathan.hughes@arnoldporter.com

Matthew T. Heartney, *pro hac vice*
John D. Lombardo, *pro hac vice*
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@arnoldporter.com
E-mail: john.lombardo@arnoldporter.com

*Attorneys for Defendants BP America Inc. and BP p.l.c.*

RICHARDS, LAYTON & FINGER, P.A.
/s/ *Jeffrey L. Moyer*
Jeffrey L. Moyer (#3309)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone: (302) 651-7700
E-mail: moyer@rlf.com
E-mail: haynes@rlf.com

CRAVATH, SWAINE & MOORE LLP
Kevin Orsini, *pro hac vice*
Vanessa A. Lavely, *pro hac vice*
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1718
Facsimile: (212) 474-3700
E-mail: korsini@cravath.com
E-mail: vlavely@cravath.com

*Attorneys for Defendant Occidental Petroleum Corporation*

MORRIS NICHOLS ARSHT & TUNNELL
/s/ *Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)
Alexandra M. Cumings (#6146)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 422-3013
E-mail: knachbar@mnat.com
E-mail: acumings@mnat.com

EIMER STAHL LLP
Nathan P. Eimer, *pro hac vice*
Pamela R. Hanebutt, *pro hac vice*
Lisa S. Meyer, *pro hac vice*
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
E-mail: neimer@eimerstahl.com
E-mail: phanebutt@eimerstahl.com
E-mail: lmeyer@eimerstahl.com

Robert E. Dunn, *pro hac vice*
99 S. Almaden Blvd. Suite 662
San Jose, CA 95113
Telephone: (669) 231-8755
E-mail: rdunn@eimerstahl.com

*Attorneys for Defendant CITGO Petroleum Corporation.*

ECKERT SEAMANS CHERIN & MELLOTT, LLC
/s/ *Colleen D. Shields*
Colleen D. Shields, Esq. (I.D. No. 3138)
Patrick M. Brannigan, Esq. (I.D. No. 4778)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
Telephone:  (302) 574-7400
Facsimile:  (302) 574-7401
E-mail: cshields@eckertseamans.com
E-mail: pbrannigan@eckertseamans.com
E-mail: arogin@eckertseamans.com

MARON MARVEL BRADLEY
   ANDERSON & TARDY LLC
*/s/ Antoinette D. Hubbard*
Antoinette D. Hubbard (No. 2308)
Stephanie A. Fox (No. 3165)
1201 N. Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801
mailto:DDesouza@HuntonAK.com
Telephone: (302) 425-5177
E-mail: Adh@maronmarvel.com
E-mail: Saf@maronmarvel.com

HUNTON ANDREWS KURTH LLP
Shannon S. Broome (*pro hac vice*)
Ann Marie Mortimer (*pro hac vice*)
50 California Street
San Francisco, CA 94111
Telephone: (415) 975-3718
E-mail: SBroome@HuntonAK.com
E-mail: AMortimer@HuntonAK.com

Shawn Patrick Regan (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1046
E-mail: SRegan@HuntonAK.com

*Attorneys for Defendants Marathon
Petroleum Corporation, Marathon Petroleum
Company LP, and Speedway LLC*

WHITE AND WILLIAMS LLP
*/s/ Christian J. Singewald*
CHRISTIAN J. SINGEWALD (#3542)
600 N. King Street
Suite 800
Wilmington, DE  19801
(302) 654-0424

MCGUIREWOODS LLP
Joy C. Fuhr
Brian D. Schmalzbach
W. Cole Geddy
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
E-mail: jfuhr@mcguirewoods.com
E-mail: bschmalzbach@mcguirewoods.com
E-mail: cgeddy@mcguirewoods.com

*Attorney for Defendant Devon Energy
Corporation*

SHOOK, HARDY & BACON L.L.P.
Tristan L. Duncan, *pro hac vice*
Daniel B. Rogers, *pro hac vice*
William F. Northrip, *pro hac vice*
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  (816) 474-6550
E-mail: tlduncan@shb.com
E-mail: drogers@shb.com
E-mail: wnorthrip@shb.com

*Attorneys for Defendant Murphy USA Inc.*

WOMBLE BOND DICKINSON (US) LLP
*/s/ Kevin J. Mangan*
Kevin J. Mangan (DE No. 3810)
Kristen H. Cramer (DE No. 4512)
Nicholas T. Verna (DE No. 6082)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: kevin.mangan@wbd-us.com
E-mail: kristen.cramer@wbd-us.com
E-mail: nick.verna@wbd-us.com

MCGUIREWOODS LLP
Andrew G. McBride  *pro hac vice*
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 857-1700
E-mail: amcbride@mcguirewoods.com

*Attorneys for American Petroleum Institute*

DUANE MORRIS LLP
*/s/ Mackenzie M. Wrobel*
Mackenzie M. Wrobel (#6088)
1201 N. Market Street, Suite 501
Wilmington, DE 19801-1160
Telephone: (302) 657-4900
E-mail: MMWrobel@duanemorris.com

SHOOK HARDY & BACON LLP
Michael F. Healy, *pro hac vice*
555 Mission Street, Suite 2300
San Francisco, CA 94105.
Telephone: (415) 544-1942
E-mail: mfhealy@shb.com

CHIPMAN BROWN CICERO & COLE,
LLP
*/s/ Paul D. Brown*
Paul D. Brown (#3903)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0194
E-mail: brown@ChipmanBrown.com

CROWELL & MORING LLP
Kathleen Taylor Sooy, *pro hac vice*
Tracy A. Roman, *pro hac vice*
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
E-mail: ksooy@crowell.com
E-mail: troman@crowell.com

Honor R. Costello, *pro hac vice*
590 Madison Avenue, 20th Fl.
New York, NY 10022
Telephone: (212) 223-4000
E-mail: hcostello@crowell.com

*Attorneys for Defendant CONSOL Energy Inc.*

CHIPMAN BROWN CICERO & COLE,
LLP
*/s/ Paul D. Brown*
Paul D. Brown
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0194
E-mail: brown@ChipmanBrown.com

JONES DAY
Noel J. Francisco, *pro hac vice*
David M. Morrell, *pro hac vice*
J. Benjamin Aguiñaga, *pro hac vice*
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-mail: njfrancisco@jonesday.com
E-mail: dmorrell@jonesday.com
E-mail: jbaguinaga@jonesday.com

DUANE MORRIS LLP
Michael L. Fox, *pro hac vice*
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3092
E-mail: MLFox@duanemorris.com

*Attorneys for Defendant*
*Ovintiv INC.*

MCCARTER & ENGLISH LLP
*/s/ Daniel J. Brown*
Michael P. Kelly (#2295)
Daniel J. Brown (#4688)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6331
E-mail: mkelly@mccarter.com
E-mail: djbrown@mccarter.com
E-mail: ajoyce@mccarter.com

LATHAM & WATKINS LLP
Steven M. Bauer, *pro hac vice*
Margaret A. Tough, *pro hac vice*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: (415) 391-0600
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

BARTLIT BECK LLP
Jameson R. Jones, *pro hac vice*
Daniel R. Brody, *pro hac vice*
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3123
E-mail: jameson.jones@bartlit-beck.com
E-mail: dan.brody@bartlit-beck.com

*Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*

David C. Kiernan, *pro hac vice*
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: dkiernan@jonesday.com

*Attorneys for Defendant CNX Resources Corp.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
 /s/ *Matthew D. Stachel*
Daniel A. Mason (#5206)
Matthew D. Stachel (#5419)
500 Delaware Avenue, Suite 200
Post Office Box 32
Wilmington, DE 19899-0032
Telephone: (302) 655-4410
Facsimile: (302) 655-4420
E-mail: dmason@paulweiss.com
E-mail: mstachel@paulweiss.com

Theodore V. Wells, Jr., *pro hac vice*
Daniel J. Toal, *pro hac vice*
Yahonnes Cleary, *pro hac vice*
Caitlin E. Grusauskas, *pro hac vice*
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: twells@paulweiss.com
E-mail: dtoal@paulweiss.com
E-mail: ycleary@paulweiss.com
E-mail: cgrusauskas@paulweiss.com

*Attorneys for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and XTO Energy Inc.*

RICHARDS LAYTON & FINGER, P.A.
/s/ *Robert W. Whetzel*
Robert W. Whetzel (#2288)
One Rodney Square
902 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7634
Facsimile: (302) 651-7701
E-mail: whetzel@rlf.com

MCCARTER & ENGLISH LLP
/s/ *Daniel J. Brown*
Michael P. Kelly (#2295)
Daniel J. Brown (#4688)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6331
E-mail: mkelly@mccarter.com
E-mail: djbrown@mccarter.com
E-mail: ajoyce@mccarter.com

LATHAM & WATKINS LLP
Steven M. Bauer, *pro hac vice*
Margaret A. Tough, *pro hac vice*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: (415) 391-0600
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

*Attorneys for Defendants Phillips 66 and Phillips 66 Company*

ABRAMS & BAYLISS LLP
/s/ *Michael A. Barlow*
Michael A. Barlow (#3928)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Telephone: (302) 778-1000
E-mail: barlow@abramsbayliss.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Robert P. Reznick, *pro hac vice*
1152 15th Street NW
Washington, DC 20005
Telephone: (202) 339-8600
E-mail: rreznick@orrick.com

James Stengel, *pro hac vice*
Marc R. Shapiro, *pro hac vice*
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
E-mail: jstengel@orrick.com

VINSON & ELKINS L.L.P.
Patrick W. Mizell, *pro hac vice*
Matthew R. Stammel, *pro hac vice*
Stephanie L. Noble, *pro hac vice*
Brooke A. Noble, *pro hac vice*
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 758-2932
Facsimile: (713) 615-9935
E-mail: pmizell@velaw.com
E-mail: mstammel@velaw.com
E-mail: snoble@velaw.com
E-mail: bnoble@velaw.com

Mortimer H. Hartwell, *pro hac vice*
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6930
Facsimile: (415) 807-3358
E-mail: mhartwell@velaw.com

*Attorneys for Apache Corporation*


WHITE AND WILLIAMS LLP
*/s/ Joseph J. Bellew*
Joseph J. Bellew (#4816)
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: (302) 467-4532
Facsimile: (302) 467-4540
Email: bellewj@whiteandwilliams.com

BAKER BOTTS L.L.P.
J. Scott Janoe, *pro hac vice*
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
E-mail: scott.janoe@bakerbotts.com

Megan Berge, *pro hac vice*
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
E-mail: megan.berge@bakerbotts.com

*Attorneys for Defendant HESS*
*CORPORATION*

Catherine Y. Lui, *pro hac vice*
405 Howard Street
San Francisco, California 94105-2669
Telephone: (415) 773-5571
E-mail: clui@orrick.com

*Attorneys for Marathon Oil Corporation*


RICHARDS, LAYTON & FINGER, P.A.
*/s/ Robert W. Whetzel*
Robert W. Whetzel (#2288)
Blake Rohrbacher (#4750)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: 302-651-7700
E-mail: whetzel@rlf.com

KIRKLAND & ELLIS LLP
Anna Rotman, P.C., *pro hac vice*
609 Main Street, Suite 4500
Houston, TX 77002
Telephone: (713) 836-3750
E-mail: anna.rotman@kirkland.com

*Attorneys for Defendants Total S.A. and*
*TotalEnergies Marketing USA, Inc.*


WHITE AND WILLIAMS LLP
*/s/ Joseph J. Bellew*
Joseph J. Bellew (#4816)
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: (302) 467-4532
Facsimile: (302) 467-4540
E-mail: bellewj@whiteandwilliams.com

BAKER BOTTS L.L.P.
J. Scott Janoe, *pro hac vice*
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
E-mail: scott.janoe@bakerbotts.com

Megan Berge, *pro hac vice*
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
E-mail: megan.berge@bakerbotts.com

*ATTORNEYS FOR DEFENDANT MURPHY OIL CORPORATION*

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure, Defendants submit this Representation Statement.  The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware | Christian Douglas Wright<br>Delaware Department of Justice<br>Civil Division<br>820 N. French Street<br>Wilmington, DE 19801<br>Telephone: (302) 683-8880<br>E-mail: christian.wright@delaware.gov<br><br>Jameson A.L. Tweedie<br>Delaware Department of Justice<br>391 Lukens Drive<br>New Castle, DE 19720<br>Telephone: (302) 395-2521<br>E-mail: jameson.tweedie@state.de.us<br><br>Ralph K. Durstein, III<br>Delaware Department of Justice<br>Civil Division<br>820 N. French Street<br>Wilmington, DE 19801<br>Telephone: (302) 577-8400<br>E-mail: ralph.durstein@state.de.us |

| | |
|---|---|
| | Victor M. Sher<br>Matthew K. Edling<br>Nicole Teixeira<br>Adam M. Shapiro<br>SHER EDLING LLP<br>100 Montgomery Street, Suite 1410<br>San Francisco, CA 94104<br>Telephone: (628) 231-2500<br>E-mail: vic@sheredling.com<br>E-mail: matt@sheredling.com<br>E-mail: nicole@sheredling.com<br>E-mail: adam@sheredling.com |
| Defendants-Appellants Chevron Corp. and Chevron U.S.A., Inc. | David E. Wilks<br>WILKS LAW, LLC<br>4250 Lancaster Pike, Suite 200<br>Wilmington, DE 19805<br>Telephone: (302) 225-0858<br>E-mail: dwilks@wilks.law<br><br>Theodore J. Boutrous, Jr.<br>William E. Thomson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>E-mail: tboutrous@gibsondunn.com<br>E-mail: wthomson@gibsondunn.com<br><br>Andrea E. Neuman<br>GIBSON, DUNN & CRUTCHER, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>E-mail: aneuman@gibsondunn.com<br><br>Thomas G. Hungar<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 Connecticut Avenue, N.W.,<br>Washington, DC 20036<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539<br>E-mail: thungar@gibsondunn.com |

| | |
|---|---|
| | Joshua D. Dick<br>GIBSON, DUNN & CRUTCHER, LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8451<br>E-mail: jdick@gibsondunn.com |
| Defendant-Appellant CITGO Petroleum Corporation | Kenneth J. Nachbar<br>Alexandra M. Cumings<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone.: (302) 658-9200<br>Facsimile: (302) 422-3013<br>E-mail: knachbar@mnat.com<br>E-mail: acumings@mnat.com<br><br>Nathan P. Eimer<br>Pamela R. Hanebutt<br>Lisa S. Meyer<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Telephone: (312) 660-7600<br>E-mail: neimer@eimerstahl.com<br>E-mail: phanebutt@eimerstahl.com<br>E-mail: lmeyer@eimerstahl.com<br><br>Robert E. Dunn<br>EIMER STAHL LLP<br>99 S. Almaden Blvd. Suite 662<br>San Jose, CA 95113<br>Telephone: (669) 231-8755<br>E-mail: rdunn@eimerstahl.com |
| Defendants-Appellants Royal Dutch Shell plc and Shell Oil Company | Steven L. Caponi<br>Matthew B. Goeller<br>K&L GATES LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>E-mail: steven.caponi@klgates.com<br>E-mail: matthew.goeller@klgates.com |

| | |
|---|---|
| | David C. Frederick<br>Grace W. Knofczynski<br>Daniel S. Severson<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Phone: (202) 326-7900<br>E-mail: dfrederick@kellogghansen.com<br>E-mail: gknofczynski@kellogghansen.com<br>E-mail: dseverson@kellogghansen.com |
| Defendants-Appellants BP plc and BP America Inc. | Catherine A. Gaul<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>Phone: (302) 654-1888<br>E-mail: egaul@ashbygeddes.com<br><br>Nancy G. Milburn<br>Diana E. Reiter<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>E-mail: nancy.milburn@arnoldporter.com<br>E-mail: diana.reiter@arnoldporter.com<br><br>Matthew T. Heartney<br>John D. Lombardo<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>E-mail: matthew.heartney@arnoldporter.com<br>E-mail: john.lombardo@arnoldporter.com |

| | |
|---|---|
| | Jonathan W. Hughes<br>ARNOLD & PORTER KAYE<br>SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3156<br>Facsimile: (415) 471-3400<br>E-mail: jonathan.hughes@arnoldporter.com |
| Defendants-Appellants Exxon Mobil Corp.,<br>ExxonMobil Oil Corp., and XTO Energy<br>Inc. | Daniel A. Mason<br>Matthew D. Stachel<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>500 Delaware Avenue, Suite 200<br>Post Office Box 32<br>Wilmington, DE 19899-0032<br>Phone: (302) 655-4410<br>E-mail: dmason@paulweiss.com<br>E-mail: mstachel@paulweiss.com<br><br>Theodore V. Wells, Jr.<br>Daniel J. Toal<br>Yahonnes Cleary<br>Caitlin E. Grusauskas<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 373-3000<br>Fax: (212) 757-3990<br>E-mail: twells@paulweiss.com<br>E-mail: dtoal@paulweiss.com<br>E-mail: ycleary@paulweiss.com<br>E-mail: cgrusauskas@paulweiss.com |
| Defendants-Appellants ConocoPhillips and<br>ConocoPhillips Company | Michael P. Kelly<br>Daniel J. Brown<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6331<br>E-mail: mkelly@mccarter.com<br>E-mail: djbrown@mccarter.com<br>E-mail: ajoyce@mccarter.com |

| | |
|---|---|
| | Jameson R. Jones<br>Daniel R. Brody<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140<br>E-mail: jameson.jones@bartlitbeck.com<br>E-mail: dan.brody@bartlitbeck.com<br><br>Steven M. Bauer<br>Margaret A. Tough<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: Steven.Bauer@lw.com<br>E-mail: Margaret.Tough@lw.com |
| Defendant-Appellant American Petroleum Institute | Kevin J. Mangan<br>Kristen H. Cramer<br>Nicholas T. Verna<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>E-mail: kevin.mangan@wbd-us.com<br>E-mail: kristen.cramer@wbd-us.com<br>E-mail: nick.verna@wbd-us.com<br><br>Andrew G. McBride<br>MCGUIREWOODS LLP<br>2001 K Street N.W.<br>Suite 400<br>Washington, DC 20006-1040<br>Telephone: (202) 857-2487<br>Facsimile: (202) 828-2987<br>E-mail: amcbride@mcguirewoods.com |

| | |
|---|---|
| Defendants-Appellants Phillips 66 and Phillips 66 Company | Michael P. Kelly<br>Daniel J. Brown<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6331<br>E-mail: mkelly@mccarter.com<br>E-mail: djbrown@mccarter.com<br>E-mail: ajoyce@mccarter.com<br><br>Steven M. Bauer<br>Margaret A. Tough<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111-6538<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>E-mail:  steven.bauer@lw.com<br>E-mail:  margaret.tough@lw.com |
| Defendant-Appellant CNX Resources Corporation | Paul D. Brown<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>Telephone: (302) 295-0194<br>E-mail: brown@ChipmanBrown.com<br><br>Noel J. Francisco<br>David M. Morrell<br>J. Benjamin Aguiñaga<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>E-mail: njfrancisco@jonesday.com<br>E-mail: dmorrell@jonesday.com<br>E-mail: jbaguinaga@jonesday.com |

| | |
|---|---|
| | David C. Kiernan<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>E-mail: dkiernan@jonesday.com |
| Defendant-Appellant CONSOL Energy Inc. | Paul D. Brown<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>Telephone: (302) 295-0194<br>E-mail: brown@ChipmanBrown.com<br><br>Kathleen Taylor Sooy<br>Tracy A. Roman<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>E-mail: ksooy@crowell.com<br>E-mail: troman@crowell.com<br><br>Honor R. Costello<br>CROWELL & MORING LLP<br>590 Madison Avenue, 20th Fl.<br>New York, NY 10022<br>Telephone: (212) 223-4000<br>E-mail: hcostello@crowell.com |
| Defendant-Appellant Apache Corporation | Robert W. Whetzel<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>902 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7634<br>Facsimile: (302) 651-7701<br>E-mail: whetzel@rlf.com |

| | |
|---|---|
| | Patrick W. Mizell<br>Matthew R. Stamme<br>Stephanie L. Noble<br>Brooke A. Noble<br>VINSON & ELKINS L.L.P.<br>1001 Fannin Street, Suite 2500<br>Houston, Texas 77002<br>Telephone: (713) 758-2932<br>Facsimile: (713) 615-9935<br>E-mail: pmizell@velaw.com<br>E-mail: mstammel@velaw.com<br>E-mail: snoble@velaw.com<br>E-mail: bnoble@velaw.com<br><br>Mortimer H. Hartwell<br>VINSON & ELKINS L.L.P.<br>555 Mission Street, Suite 2000<br>San Francisco, CA 94105<br>Telephone: (415) 979-6930<br>Facsimile: (415) 807-3358<br>E-mail: mhartwell@velaw.com |
| Defendant-Appellant Hess Corporation | Joseph J. Bellew<br>WHITE AND WILLIAM LLP<br>600 N. King Street, Suite 800<br>Wilmington, DE 19801-3722<br>Telephone: (302) 467-4532<br>Facsimile: (302) 467-4540<br>E-mail: bellewj@whiteandwilliams.com<br><br>J. Scott Janoe<br>BAKER BOTTS L.L.P.<br>910 Louisiana Street, Suite 3200<br>Houston, Texas 77002-4995<br>Telephone: (713) 229-1553<br>Facsimile: (713) 229-7953<br>E-mail: scott.janoe@bakerbotts.com<br><br>Megan Berge<br>BAKER BOTTS L.L.P.<br>700 K Street, N.W.<br>Washington, D.C. 20001-5692<br>Telephone: (202) 639-1308<br>Facsimile: (202) 639-1171<br>E-mail: megan.berge@bakerbotts.com |

| | |
|---|---|
| Defendant-Appellant Murphy Oil Corporation | Joseph J. Bellew<br>WHITE AND WILLIAM LLP<br>600 N. King Street, Suite 800<br>Wilmington, DE 19801-3722<br>Telephone: (302) 467-4532<br>Facsimile: (302) 467-4540<br>E-mail: bellewj@whiteandwilliams.com<br><br>J. Scott Janoe<br>BAKER BOTTS L.L.P.<br>910 Louisiana Street, Suite 3200<br>Houston, Texas 77002-4995<br>Telephone: (713) 229-1553<br>Facsimile: (713) 229-7953<br>E-mail: scott.janoe@bakerbotts.com<br><br>Megan Berge<br>BAKER BOTTS L.L.P.<br>700 K Street, N.W.<br>Washington, D.C. 20001-5692<br>Telephone: (202) 639-1308<br>Facsimile: (202) 639-1171<br>E-mail: megan.berge@bakerbotts.com |
| Defendant-Appellant Marathon Oil Corporation | Michael A. Barlow<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>Telephone: (302) 778-1000<br>E-mail: barlow@abramsbayliss.com<br><br>Robert P. Reznick<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1152 15th Street NW<br>Washington, DC 20005<br>Telephone: (202) 339-8600<br>E-mail: rreznick@orrick.com<br><br>James Stengel<br>Marc R. Shapiro<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>E-mail: jstengel@orrick.com<br>E-mail: mrshapiro@orrick.com |

| | |
|---|---|
| | Catherine Y. Lui<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, California 94105-2669<br>Telephone: (415) 773-5571<br>E-mail: clui@orrick.com |
| Defendants-Appellants Marathon Petroleum Corporation, Marathon Petroleum Company LP, and Speedway LLC | Antoinette D. Hubbard<br>Stephanie A. Fox<br>MARON MARVEL BRADLEY ANDERSON & TARDY LLC<br>1201 N. Market Street, Suite 900<br>P.O. Box 288<br>Wilmington, DE 19801<br>mailto:DDesouza@HuntonAK.com<br>Telephone: (302) 425-5177<br>E-mail: Adh@maronmarvel.com<br>E-mail: Saf@maronmarvel.com<br><br>Shannon S. Broome<br>Ann Marie Mortimer<br>HUNTON ANDREWS KURTH LLP<br>50 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 975-3718<br>E-mail: SBroome@HuntonAK.com<br>E-mail: AMortimer@HuntonAK.com<br><br>Shawn Patrick Regan<br>HUNTON ANDREWS KURTH LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 309-1046<br>E-mail: SRegan@HuntonAK.com |
| Defendants-Appellants Total S.A. and TotalEnergies Marketing USA, Inc. | Robert W. Whetzel<br>Blake Rohrbacher<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: 302-651-7700<br>E-mail: whetzel@rlf.com<br><br>Anna Rotman, P.C.<br>KIRKLAND & ELLIS LLP<br>609 Main Street<br>Suite 4500<br>Houston, TX 77002<br>Telephone: (713) 836-3750<br>E-mail: anna.rotman@kirkland.com |

| | |
|---|---|
| Defendant-Appellant Occidental Petroleum Corporation | Jeffrey L. Moyer<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>Telephone: (302) 651-7700<br>E-mail: moyer@rlf.com<br>E-mail: haynes@rlf.com<br><br>Kevin Orsini<br>Vanessa A. Lavely<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1718<br>Facsimile: (212) 474-3700<br>E-mail: korsini@cravath.com<br>E-mail: vlavely@cravath.com<br><br>*Attorneys for Defendant Occidental Petroleum Corporation* |
| Defendant-Appellant Ovintiv Inc. | Mackenzie M. Wrobel<br>DUANE MORRIS LLP<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801-1160<br>Telephone:  (302) 657-4900<br>E-mail: MMWrobel@duanemorris.com<br><br>Michael F. Healy<br>SHOOK HARDY & BACON LLP<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105.<br>Telephone: (415) 544-1942<br>E-mail: mfhealy@shb.com<br><br>Michael L. Fox<br>DUANE MORRIS LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>Telephone: (415) 957-3092<br>E-mail: MLFox@duanemorris.com |

| | |
|---|---|
| Defendant-Appellant Devon Energy Corporation | Christian J. Singewald<br>WHITE AND WILLIAMS LLP<br>600 N. King Street, Suite 800<br>Wilmington, DE  19801<br>Telephone: (302) 654-0424<br><br>Joy C. Fuhr<br>Brian D. Schmalzbach<br>W. Cole Geddy<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: (804) 775-1000<br>E-mail: jfuhr@mcguirewoods.com<br>E-mail: bschmalzbach@mcguirewoods.com<br>E-mail: cgeddy@mcguirewoods.com |