

| KATHLEEN JENNINGS<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | DIVISION OF FRAUD &<br>CONSUMER PROTECTION<br>(302) 683-8899 |

October 12, 2022

**By ECF**

The Honorable Leonard P. Stark
United States District Court for
 the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3570

      Re:   *State of Delaware v. BP America Inc., et al.*
              Case No. 1:20-cv-01429-LPS

Dear Judge Stark:

     The United States Court of Appeals for the Third Circuit issued its mandate on October 12, 2022, affirming this Court's January 5, 2022 order. *See* Dkt. 142. Pursuant to that January 5 order, "[t]he Clerk of Court is directed to remand this case to the Delaware Superior Court." Dkt. 121. It is Plaintiff's understanding that the Clerk of Court can perform this ministerial act without additional action by the Court or the parties. Plaintiff therefore respectfully requests that the Clerk of Court remand this action to the Delaware Superior Court, consistent with the January 5 order and 28 U.S.C. § 1447(c).

                                      Respectfully submitted,

                                      /s/ *Christian Douglas Wright*

                                      Christian Douglas Wright (#3554)
                                      Director of Impact Litigation

CDW/mmi
cc:    All Counsel of Record